# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## BID PROTEST

|  |  |
|---|---|
| ORACLE AMERICA, INC., ) )  Plaintiff, ) ) v. ) ) THE UNITED STATES, ) ) Defendant. ) | Case No. __18-1880 C__ |

## RULE 7.1(a) DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Rules of the United States Court of Federal Claims, Oracle America, Inc. hereby states that it is an indirectly-held, wholly-owned subsidiary of Oracle Corporation (NYSE: ORCL). Oracle Corporation is the ultimate parent of all Oracle subsidiaries and no publicly-held corporation owns 10% or more of Oracle Corporation's outstanding common stock.

Dated:   December 6, 2018

*Of Counsel:*

Kara L. Daniels
Dana E. Koffman
Amanda J. Sherwood
Nathaniel E. Castellano
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001

Respectfully Submitted,

ARNOLD & PORTER KAYE SCHOLER LLP

/s/ Craig A. Holman
Craig A. Holman
601 Massachusetts Ave., N.W.
Washington, D.C. 20001
Phone: (202) 942-5722
Fax: (202) 942-5999

*Attorney of Record for Oracle America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of December 2018, I caused a true and correct copy of the foregoing Rule 7.1(a) Disclosure Statement to be served by electronic delivery on:

William Rayel
United States Department of Justice
E-mail:   William.Rayel@usdoj.gov

Christina M. Austin, Esq.
Washington Headquarters Services, OGC
1155 Defense Pentagon
Washington, D.C. 20301-1155
E-mail: christina.m.austin8.civ@mail.mil

*Counsel for Defendant*

/s/ Craig A. Holman