# In the United States Court of Federal Claims

No. 18-1880C
(Filed: December 7, 2018)

* * * * * * * * * * * * * * * * * * * * * * * * *

ORACLE AMERICA, INC.,

      *Plaintiff,*

v.

THE UNITED STATES,

      *Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

    For good cause shown, the court grants plaintiff's motion for leave to file its complaint, proposed redacted complaint, and supporting documents under seal. The court also grants plaintiff's motion for a protective order.

                                      s/Eric G. Bruggink
                                      ERIC G. BRUGGINK
                                      Senior Judge