# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## Bid Protest

|  |  |
|---|---|
| ORACLE AMERICA, INC., | ) |
| Plaintiff, | ) |
| v. | ) No. 18-1880 |
| THE UNITED STATES, | ) Senior Judge Bruggink |
| Defendant. | ) |

### RULE 7.1 DISCLOSURE STATEMENT OF AMAZON WEB SERVICES, INC.

Pursuant to Rule 7.1, Amazon Web Services, Inc. ("AWS") hereby states that it is an indirect, wholly-owned subsidiary of Amazon.com, Inc. ("Amazon").  AWS is not aware of any publicly held corporation owning 10% or more of Amazon's stock.

December 12, 2018

Of Counsel:

Olivia L. Lynch
Robert J. Sneckenberg
OLynch@crowell.com
RSneckenberg@crowell.com

Respectfully submitted,

s/ Daniel R. Forman
Daniel R. Forman
   (Counsel of Record)
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595
Tel: (202) 624-2504
Fax: (202) 628-5116
DForman@crowell.com

*Attorneys for Amazon Web Services, Inc.*