# In the United States Court of Federal Claims

No. 18-1880C
(Filed: December 13, 2018)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ORACLE AMERICA, INC.,

    *Plaintiff*,

v.

THE UNITED STATES,

    *Defendant.*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

The motion to intervene in this action filed by Amazon Web Services, Inc. ("AWS") is granted. The clerk's office is directed to add AWS to the docket as the intervenor in this case.

                                             s/Eric G. Bruggink
                                             ERIC G. BRUGGINK
                                             Senior Judge