# In the United States Court of Federal Claims

No. 18-1880C
(Filed: January 3, 2019)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ORACLE AMERICA, INC.,

    *Plaintiff,*

v.

THE UNITED STATES,

    *Defendant,*

and

AMAZON WEB SERVICES, INC.,

    *Intervenor.*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER

    For good cause shown, the court grants defendant's unopposed motion for enlargement of time in which to file the administrative record and its response to plaintiff's motion to supplement the administrative record and for limited discovery. We amend our December 13, 2018 scheduling order as follows:

1. Defendant and intervenor shall file their responses to plaintiff's motion to supplement the administrative record and for limited discovery on or before January 11, 2019.

2. Defendant shall file the administrative record on or before January 11, 2019. Defendant is permitted to file the administrative record on DVD. Defendant is directed to send a paper courtesy copy of the administrative record to chambers.

3. Plaintiff shall file its reply on the motion to supplement the administrative record and for limited discovery on or before January 16, 2019.

4. The court will issue its decision on plaintiff's motion on or before January 24, 2019.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Senior Judge
