# In the United States Court of Federal Claims

No. 18-1880C
(Filed: January 9, 2019)

* * * * * * * * * * * * * * * * * * * * * * * *

ORACLE AMERICA, INC.,

  *Plaintiff*,

v.

THE UNITED STATES,

  *Defendant*,

and

AMAZON WEB SERVICES, INC.,

  *Intervenor*.

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

  On January 7, 2019, a non-party submitted an untitled document. Because there is no provision in the Rules of the United States Court of Federal Claims or a court order for this filing, the court directs the clerk to return this document to the non-party unfiled.

          s/Eric G. Bruggink
          ERIC G. BRUGGINK
          Senior Judge