# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## BID PROTEST

| | |
|---|---|
| ORACLE AMERICA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| THE UNITED STATES, ) | |
| ) | No. 18-1880C |
| Defendant, ) | (Senior Judge Bruggink) |
| ) | |
| and ) | |
| ) | |
| AMAZON WEB SERVICES, INC., ) | |
| ) | |
| Defendant-Intervenor. ) | |

## DEFENDANT'S NOTICE OF FILING ADMINISTRATIVE RECORD

Pursuant to Appendix C, ¶ 21, of the Rules of the United States Court of Federal Claims and the Court's January 3, 2019, amended scheduling order, defendant, the United States, provides this notice that it is filing the administrative record of the proceedings regarding plaintiff's protest on DVD.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | JOSEPH H. HUNT<br>Assistant Attorney General |
|  | ROBERT E. KIRSCHMAN, JR.<br>Director |
|  | s/ Douglas K. Mickle<br>DOUGLAS K. MICKLE |
| Of Counsel: | Assistant Director |
| CHRISTINA M. AUSTIN<br>ANDREW BRAMNICK<br>Office of General Counsel<br>Washington Headquarters Service &<br>    Pentagon Force Protection Agency<br>Department of Defense | s/ William P. Rayel<br>WILLIAM P. RAYEL<br>Senior Trial Counsel<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>PO Box 480<br>Ben Franklin Station<br>Washington, DC 20044<br>Telephone: (202) 616-0302<br>Facsimile: (202) 307-0972<br>E-mail: William.Rayel@usdoj.gov |
| January 10, 2019 | Attorneys for Defendant |