# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## Bid Protest

|  |  |  |
|---|---|---|
| ORACLE AMERICA, INC., | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 18-1880C |
| | ) | |
| THE UNITED STATES, | ) | Senior Judge Eric G. Bruggink |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| AMAZON WEB SERVICES, INC., | ) | |
| Defendant-Intervenor. | ) | |

## NOTICE PROPOSING NO REDACTIONS TO COURT'S JANUARY 23, 2019 ORDER

Pursuant to the Court's January 23, 2019 Order requesting redactions on or before January 30, 2019, counsel for Amazon Web Services, Inc. has conferred with counsel for Oracle America, Inc. and the United States. The parties do not propose any redactions to the Court's January 23, 2019 Order.

| | |
|---|---|
| January 25, 2019 | Respectfully submitted, |
| | |
| | s/ Daniel R. Forman |
| | Daniel R. Forman |
| Of Counsel: | (Counsel of Record) |
| | Crowell & Moring LLP |
| Olivia L. Lynch | 1001 Pennsylvania Avenue, NW |
| Robert J. Sneckenberg | Washington, DC 20004-2595 |
| OLynch@crowell.com | Tel: (202) 624-2504 |
| RSneckenberg@crowell.com | Fax: (202) 628-5116 |
| | DForman@crowell.com |

*Attorneys for Amazon Web Services, Inc.*