## IN THE UNITED STATES COURT OF FEDERAL CLAIMS
### BID PROTEST

| | |
|---|---|
| ORACLE AMERICA, INC., ) | |
| ) | |
| Plaintiff, ) | **REDACTED VERSION** |
| ) | **02/12/2019** |
| v. ) | |
| ) | Case No. 18-1880C |
| THE UNITED STATES, ) | Senior Judge Eric G. Bruggink |
| ) | |
| Defendant, ) | ██████████████████ |
| ) | |
| and ) | |
| ) | |
| AMAZON WEB SERVICES, INC., ) | |
| ) | |
| Defendant-Intervenor. ) | |
| ) | |

### PLAINTIFF'S MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD

Plaintiff Oracle America, Inc. ("Oracle"), by its undersigned counsel and pursuant to the

Court's Scheduling Order, hereby moves this Court pursuant to United States Court of Federal

Claims Rules ("RCFC") 7(b) and 52.1 for judgment in Oracle's favor on the Administrative

Record. Oracle's bid protest seeks declaratory and injunctive relief to remedy several aspects of

Department of Defense ("the Agency" or "DoD") Solicitation No. HQ0034-18-R-0077 (the

"RFP"), commonly referred to as the Joint Enterprise Defense Infrastructure Cloud procurement

("JEDI"). Oracle has attached a detailed Memorandum of Law in Support of Plaintiff's Motion

for Judgment on the Administrative Record ("Memorandum of Law"). Oracle's Memorandum of

Law explains the bases for judgment in Oracle's favor and for the requested relief. Oracle's

Memorandum of Law also contains the Statement of Facts required by RCFC 52.1.

WHEREFORE, Oracle respectfully requests that the Court grant Oracle's Motion for

Judgment on the Administrative Record and (a) issue the declaratory and injunctive relief set

forth in Oracle's Memorandum of Law and the attached Proposed Order; and (b) provide such

other and further relief as the Court deems just and proper.

Dated:   February 5, 2019                    Respectfully Submitted,

*Of Counsel:*                                ARNOLD & PORTER KAYE SCHOLER LLP

Kara L. Daniels                              /s/ Craig A. Holman
Dana E. Koffman                              Craig A. Holman
Amanda J. Sherwood                           Arnold & Porter Kaye Scholer LLP
Nathaniel Castellano                         601 Massachusetts Ave., N.W.
Arnold & Porter Kaye Scholer LLP             Washington, D.C. 20001
601 Massachusetts Ave., N.W.                 Phone:  (202) 942-5722
Washington, D.C. 20001                       Fax:  (202) 942-5999

                                             *Attorney of Record for Oracle America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of February 2019, I caused a true and correct copy of the foregoing Motion, Memorandum of Law, and Proposed Order to be served by electronic delivery on:

William P. Rayel
U.S. Department of Justice
Post Office Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-0302
Facsimile: (202) 307-0972
E-mail:   William.Rayel@usdoj.gov

*Counsel for Defendant*

Daniel R. Forman
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Telephone: (202) 624-2504
Facsimile:  (202) 628-5116
E-mail:  dforman@crowell.com

*Counsel for Defendant-Intervenor*

/s/  Craig A. Holman