# In the United States Court of Federal Claims

No. 18-1880C
(Filed: February 19, 2019)

* * * * * * * * * * * * * * * * * * * * * * * * *

ORACLE AMERICA, INC.,

    *Plaintiff*,

v.

THE UNITED STATES,

    *Defendant*,

and

AMAZON WEB SERVICES, INC.,

    *Intervenor*.

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

For good cause shown, the court grants the government's unopposed motion to stay this case while the Department of Defense reconsiders whether possible personal conflicts of interest impacted the integrity of the JEDI Cloud procurement. The government is directed to file a status report within five days of a final decision by DoD.

                                            s/Eric G. Bruggink
                                            ERIC G. BRUGGINK
                                            Senior Judge