██████████████████████████

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |  |
|---|---|---|
| ORACLE AMERICA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | No. 18-1880C |
| Defendant, | ) | (Senior Judge Bruggink) |
| | ) | |
| and | ) | |
| | ) | |
| AMAZON WEB SERVICES, INC., | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |

**JOINT NOTICE OF LIMITED WAIVER OF
PROTECTION PURSUANT TO PROTECTIVE ORDER**

Pursuant to paragraph 14 of the Court's protective order in this case (Docket No. 9), the parties provide this notice that they are waiving protection of information subject to the protective order to the limited extent described below.

On March 5, 2019, counsel for plaintiff, Oracle America, Inc. (Oracle), sent Government counsel a letter commenting upon protected information that was attached to the Government's February 19, 2019 motion to stay. Because the letter referenced information that had been designated protected pursuant to the protective order, Oracle's counsel labeled the letter as protected. Because all of the protected information in Oracle's letter was already in the Government's possession outside of the protective order, the parties hereby waive protection of the letter as follows: the Government may remove the protected label from Oracle's March 5,

2019 letter to Government counsel, and the Government's copies of the letter without the protected label shall not be subject to the terms of the protective order.  Thus, the protective order shall not prohibit the Government from using the letter for purposes other than litigation or providing its unprotected copies of the letter or excerpts of the letter to persons not admitted to the Court's protective order.

                                            Respectfully submitted,

                                            JOSEPH H. HUNT
                                            Assistant Attorney General

| s/ Craig A. Holman | |
|---|---|
| Craig A. Holman | ROBERT E. KIRSCHMAN, JR. |
| Arnold & Porter Kaye Scholer LLP | Director |
| 601 Massachusetts Ave., N.W. | |
| Washington, D.C. 20001 | |
| Phone: (202) 942-5722 | |
| Fax: (202) 942-5999 | s/ Patricia M. McCarthy |
| E-mail: Craig.Holman@arnoldporter.com | PATRICIA M. MCCARTHY |
| | Assistant Director |
| Counsel of Record for Plaintiff | |
| | |
| Dated: March 12, 2019 | |
| | |
| | s/ William P. Rayel |
| s/ Daniel R. Forman | WILLIAM P. RAYEL |
| Daniel R. Forman | Senior Trial Counsel |
| Crowell & Moring LLP | Commercial Litigation Branch |
| 1001 Pennsylvania Avenue, NW | Civil Division |
| Washington, DC 20004-2595 | Department of Justice |
| Tel: (202) 624-2504 | PO Box 480 |
| Fax: (202) 628-5116 | Ben Franklin Station |
| E-mail: DForman@crowell.com | Washington, DC 20044 |
| | Tele: (202) 616-0302 |
| | Fax: (202) 307-0972 |
| | E-mail: William.Rayel@usdoj.gov |
| Counsel of Record for Defendant-Intervenor | |
| | Attorneys for Defendant |
| Dated: March 12, 2019 | |
| | Dated: March 13, 2019 |