# In the United States Court of Federal Claims

No. 18-1880C
(Filed: April 16, 2019)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ORACLE AMERICA, INC.,

    *Plaintiff*,

v.

THE UNITED STATES,

    *Defendant*,

and

AMAZON WEB SERVICES, INC.,

    *Intervenor*.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER

    Pursuant to the representations made in the government's April 15, 2019 status report, the court lifts the stay in this matter and adopts the parties' proposed schedule for further proceedings:

1. Oracle shall file a supplemental complaint on or before April 26, 2019.

2. The government shall file an amendment to the administrative record on DVD on or before May 2, 2019.

3. Oracle shall file any motion regarding the contents of the administrative record on or before May 15, 2019.

4. Oracle shall file a renewed motion for judgment on the administrative record on or before May 24, 2019.

5. The government and AWS shall file their cross-motions for judgment on the administrative record and responses to Oracle's renewed motion for judgment on the administrative record on or before June 11, 2019.

6. Oracle shall file a response to the government and AWS's cross-motions for judgment on the administrative record and a reply in support of its renewed motion for judgment on the administrative record on or before June 21, 2019.

7. The government and AWS shall file their replies in support of their cross-motions for judgment on the administrative record on or before July 1, 2019.

8. The court will set a date and time during the week of July 8, 2019, for oral argument.

9. DoD will not award the JEDI contract before July 19, 2019.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Senior Judge