**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| ORACLE AMERICA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | No. 18-1880C |
| Defendant, | ) | (Senior Judge Bruggink) |
| | ) | |
| and | ) | |
| | ) | |
| AMAZON WEB SERVICES, INC., | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |

**DEFENDANT'S NOTICE OF FILING**
**AMENDMENT TO ADMINISTRATIVE RECORD**

Pursuant to Appendix C, ¶ 21, of the Rules of the United States Court of Federal Claims and the Court's April 16, 2019, scheduling order, defendant, the United States, provides this notice that it is filing an amendment to the administrative record of the proceedings regarding plaintiff's protest on DVD.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

s/ Patricia M. McCarthy
PATRICIA M. MCCARTHY
Assistant Director

Of Counsel:

CHRISTINA M. AUSTIN
ANDREW BRAMNICK
Office of General Counsel
Washington Headquarters Service &
      Pentagon Force Protection Agency
Department of Defense

s/ William P. Rayel
WILLIAM P. RAYEL
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
PO Box 480
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 616-0302
Facsimile: (202) 307-0972
E-mail: William.Rayel@usdoj.gov

May 2, 2019

Attorneys for Defendant