# In the United States Court of Federal Claims

No. 18-1880C
(Filed: June 3, 2019)

* * * * * * * * * * * * * * * * * * * * * * * * *

ORACLE AMERICA, INC.,

    *Plaintiff*,

v.

THE UNITED STATES,

    *Defendant*,

and

AMAZON WEB SERVICES, INC.,

    *Intervenor*.

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The government is directed to submit answers, including citations to the amended administrative record, to the following questions on or before June 11, 2019:

1. Does the amended administrative record reflect any participation, substantive or otherwise, in the Joint Enterprise Defense Infrastructure Cloud procurement by Tony DeMartino after March 2018?

2. Does the amended administrative record reflect whether Mr. DeMartino remains in government employment or, if not, provide information regarding his departure from the Department of Defense?

                                                                     s/Eric G. Bruggink
                                                                     ERIC G. BRUGGINK
                                                                       Senior Judge