# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## BID PROTEST

|  |  |
|---|---|
| ORACLE AMERICA, INC., ) ) Plaintiff, ) ) v. ) ) THE UNITED STATES, ) ) Defendant, ) ) and ) ) AMAZON WEB SERVICES, INC., ) ) Defendant-Intervenor. ) | Case No. 18-1880C<br>Senior Judge Eric G. Bruggink |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff Oracle America, Inc. ("Oracle") appeals this Court's July 12, 2019 Order (ECF No. 99), July 19, 2019 Opinion and Order (ECF No. 100), and the associated entry of Judgment (ECF No. 101) to the United States Court of Appeals for the Federal Circuit.

| Dated: August 26, 2019 | Respectfully Submitted, |
|---|---|
| *Of Counsel:* | ARNOLD & PORTER KAYE SCHOLER LLP |
| Kara L. Daniels<br>Dana E. Koffman<br>Amanda J. Sherwood<br>Nathaniel E. Castellano<br>Arnold & Porter Kaye Scholer LLP<br>601 Massachusetts Ave., N.W.<br>Washington, D.C. 20001 | /s/ Craig A. Holman<br>Craig A. Holman<br>Arnold & Porter Kaye Scholer LLP<br>601 Massachusetts Ave., N.W.<br>Washington, D.C. 20001<br>Phone: (202) 942-5722<br>Fax: (202) 942-5999<br><br>*Attorney of Record for Oracle America, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of August 2019, I caused a true and correct copy of the foregoing Notice of Appeal to be served by electronic delivery on:

William P. Rayel
U.S. Department of Justice
Post Office Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-0302
Facsimile: (202) 307-0972
E-mail:  William.Rayel@usdoj.gov

*Counsel for Defendant*


Daniel R. Forman
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Telephone: (202) 624-2504
Facsimile:  (202) 628-5116
E-mail:  dforman@crowell.com

*Counsel for Defendant-Intervenor*


/s/  Craig A. Holman