IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| ORACLE AMERICA, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE UNITED STATES, )<br>)<br>Defendant, )<br>)<br>and )<br>)<br>AMAZON WEB SERVICES, INC., )<br>)<br>Defendant-Intervenor. ) | No. 18-1880C<br>(Senior Judge Bruggink) |

**JOINT NOTICE OF WAIVER OF
PROTECTION PURSUANT TO PROTECTIVE ORDER**

Pursuant to paragraph 14 of the Court's protective order in this case (Docket No. 9), the parties hereby waive protection of the protective order with regard to the following portions of the Court's record:

- Dkt. No. 60
- Pages 1-6 of Dkt. No. 60-1 (but not pages 7-9)
- AR Tab 20
- AR Tab 21
- AR Tab 24
- AR Tab 25
- AR Tab 33
- AR 699-701 (but not the rest of Tab 34)
- AR Tab 42
- AR Tab 43
- AR 2792-2802, 2812-2814, 2881-2883, 2901, 2909-2910, 2925-2927 2937-2942, 2973, 2983-2989, 3006-3008, 3043, 3048-3050, 3052-3055, 3060-3075, 3114,

- 3119-3124, 3159-3176, 3180-3182, 3310-3311, 3314, 3316-3317, 3319-3321, 3831-3832, 3880-3881 (but not the rest of Tab 47)
- AR 4345, 4351-4353, 4356-4358, 4366-4368, 4374-4376, 4390-4391, 4402-4405 (but not the rest of Tab 51)
- AR Tab 64
- AR Tab 75
- AR Tab 77
- AR 5395-5407, 5429-5447, 5470-5474, 5482-5502, 5530-5546, 5567-5573, 5613-5623, 5660-5678, 5685-5687, 5693-5696, 5741-5744 (but not the rest of Tab 78)
- AR 5791, 5798-5799, 5826-5839 (but not the rest of Tab 80)
- AR Tab 86
- AR 5958, 5965-5966 (but not the rest of Tab 93)
- AR Tab 112
- AR Tab 113
- AR Tab 114
- AR Tab 130
- AR 8879-8886 (but not the rest of Tab 131)
- AR Tab 137
- AR 23140, 23151, 23159 (but not the rest of Tab 178)
- AR 23316, 23431-23434, 23505-23507, 23515, 23612-23614 (but not the rest of Tab 180)
- AR Tab 188
- AR 58645-58649 (but not the rest of Tab 220)
- AR Tab 221
- AR Tab 222
- AR Tab 223
- AR Tab 227
- AR 58789-58790 (but not the rest of Tab 229)
- AR 59006-59007 (but not the test of Tab 230)
- AR 59884, 59901-59908 (but not the rest of Tab 236)

               Respectfully submitted,

               JOSEPH H. HUNT
               Assistant Attorney General

s/ Craig A. Holman
Craig A. Holman        ROBERT E. KIRSCHMAN, JR.
Arnold & Porter Kaye Scholer LLP  Director
601 Massachusetts Ave., N.W.
Washington, D.C. 20001
Phone: (202) 942-5722
Fax: (202) 942-5999       s/ Patricia M. McCarthy
E-mail: Craig.Holman@arnoldporter.com PATRICIA M. MCCARTHY
               Assistant Director
Counsel of Record for Plaintiff

Dated: February 3, 2020

               s/ William P. Rayel
s/ Daniel R. Forman by Robert J. Sneckenberg WILLIAM P. RAYEL
Daniel R. Forman        Senior Trial Counsel
Crowell & Moring LLP      Commercial Litigation Branch
1001 Pennsylvania Avenue, NW   Civil Division
Washington, DC 20004-2595    Department of Justice
Tel: (202) 624-2504       PO Box 480
Fax: (202) 628-5116       Ben Franklin Station
E-mail: DForman@crowell.com   Washington, DC 20044
               Tele:  (202) 616-0302
Counsel of Record for Defendant-Intervenor Fax:   (202) 307-0972
               E-mail: William.Rayel@usdoj.gov
Dated: February 3, 2020

               Attorneys for Defendant

               Dated: February 4, 2020