```
        "type": "message",
        "user": "U5Z3CULP2",
        "text": "Mission Requirements.",
        "ts": "1506528355.000163"
    },
    {
        "type": "message",
        "user": "U5Z3CULP2",
        "text": "If we cannot push anything in time, we should see if we can borrow someone to dig deeper for us and then backfill the knowledge when we get cleared.",
        "ts": "1506528387.000113"
    },
    {
        "type": "message",
        "user": "U23P5EJCU",
        "text": "yeah, that shouldn't be super hard - ▓▓▓▓▓▓▓▓▓▓ (I think?)",
        "ts": "1506528407.000309"
    },
    {
        "type": "message",
        "user": "U5Z3CULP2",
        "text": "Yeah, ▓ is cleared.",
        "ts": "1506528424.000640"
    },
    {
        "type": "message",
        "user": "U5Z3CULP2",
        "text": "There might be other USDSers we can borrow too",
        "ts": "1506528440.000499"
    },
    {
        "type": "message",
        "user": "U23P5EJCU",
        "text": "yup - not aware of anyone else that is clear, but I am sure there are some (▓▓▓▓▓▓ too)",
        "ts": "1506528464.000347"
    },
    {
        "type": "message",
        "user": "U23P5EJCU",
        "text": "he'd be good on this",
        "ts": "1506528467.000315"
    },
    {
        "type": "message",
        "user": "U23P5EJCU",
        "text": "Thinking Oct 5th\/6th would be nice",
        "ts": "1506528617.000285"
    },
    {
        "type": "message",
        "user": "U23P5EJCU",
        "text": "for the SPAWAR trip",
        "ts": "1506528620.000538"
    },
```

**From:** Jordan Kasper jordan@dds.m
**Subject:** Re: DSD v s t?
**Date:** October 27, 2017 at 3:39 PM
**To:** Berr os, J an CIV SD J an.Berr os@sd.m
**Cc:** Sharon Woods sharon@dds.m , Deap Ubh deap@dds.m , chr st na.m.aust n8.c v@ma .m , chanda.r.brooks.c v@ma .m , DeMart no, Tony SES SD Tony.DeMart no@sd.m , Franc s.DuFrayne@sd.m

J an:

Attached s a 2-pager update on the DoD C oud efforts from the CESG a ong w th the draft RFI. Chanda (contract officer), Chr st na (contract attorney), and myse f are ready for a fly by w th DSD shou d he requ re t. P ease note that these documents are acqu s t on sens t ve and shou d not be d sc osed to any contractors.

Thank you,

--Jordan

On Fr , Oct 27, 2017 at 12:50 PM Jordan Kasper <jordan@dds.m > wrote:
> J an:
>
> Understood. We are act ve y work ng on th s nformat on. I w make myse f ava ab e through the end of the day f we need a fo ow on meet ng.
>
> --Jordan
>
> On Fr , Oct 27, 2017 at 12:47 PM Berr os, J an CIV SD <J an.Berr os@sd.m > wrote:
>> Hi Jordan.
>>
>> Thanks for reaching out and you bet – just confirmed w/ DSD that no later than 4p would be ideal for your materials, please. He has a small window at 4p to review. On that note, if you are around, I wouldn't be surprised if he wanted to call an audible (very common of him).
>>
>> Appreciate everyone's help!!
>>
>> J
>>
>> _____
>>
>> **Jillian Berrios** | Director of Operations & Confidential Assistant
>>
>> Office of the Deputy Secretary of Defense
>>
>> U.S.Department of Defense | OSD
>>
>> Email (unclassified): jillian.berrios@sd.mil

_____

**Jillian Berrios**  |  Director of Operations & Confidential Assistant

Office of the Deputy Secretary of Defense

U.S.Department of Defense  |  OSD

Email (unclassified):  jillian.berrios@sd.mil

**From:** Jordan Kasper [mailto:jordan@dds.mil]
**Sent:** Friday, October 27, 2017 7:44 AM
**To:** Berrios, Jillian CIV SD <Jillian.Berrios@sd.mil>
**Cc:** Sharon Woods <sharon@dds.mil>; DeMartino, Tony SES SD <Tony.DeMartino@sd.mil>; Chris Lynch <chris@dds.mil>; deap@dds.mil; tim@dds.mil; Higgins, Sarah CDR SD <sarah.higgins@sd.mil>

**Subject:** Re: Op Ed <action requested ASAP>

J an:

I am ava ab e by phone now: 512-699-3540

I can commun cate the rev s ons to Sharon and the DDS team.

--Jordan

On Fr , Oct 27, 2017, 7:29 AM Berr os, J an CIV SD <J​ an.Berr​ os@sd.m​ > wrote:

> Team,
>
> DSD has some edits.  Who has point, please?  He's ready to share them now (we have 30 mins of office time).
>
> Sarah: just called hoping you could come. Jordan, Sharon, don't see your phone #s in the email trails.

**COFC AR 3318**

**From:** Berrios, Jillian CIV SD  J an.Berr os@sd.m
**Subject:** RE: Op Ed
**Date:** October 27, 2017 at 7:55 AM
**To:** Jordan Kasper  jordan@dds.m
**Cc:** Sharon Woods  sharon@dds.m , DeMart no, Tony SES SD  Tony.DeMart no@sd.m , Chr s Lynch  chr s@dds.m , deap@dds.m , t m@dds.m , H gg ns, Sarah CDR SD  sarah.h gg ns@sd.m

Jordan.

I believe Tony and Sharon spoke and she's coming to DSD's office…. Wants to give the feedback / edits directly.

Thank you,
Jillian

_____
**Jillian Berrios**  |  Director of Operations & Confidential Assistant
Office of the Deputy Secretary of Defense
U.S.Department of Defense  I  OSD

Email (unclassified):  jillian.berrios@sd.mil



**From:** Jordan Kasper [mailto:jordan@dds.mil]
**Sent:** Friday, October 27, 2017 7:44 AM
**To:** Berrios, Jillian CIV SD <Jillian.Berrios@sd.mil>
**Cc:** Sharon Woods <sharon@dds.mil>; DeMartino, Tony SES SD <Tony.DeMartino@sd.mil>; Chris Lynch <chris@dds.mil>; deap@dds.mil; tim@dds.mil; Higgins, Sarah CDR SD <sarah.higgins@sd.mil>
**Subject:** Re: Op Ed <action requested ASAP>

Jillian:

I am available by phone now: 512-699-3540

I can communicate the revisions to Sharon and the DDS team.

--Jordan

On Fri, Oct 27, 2017, 7:29 AM Berrios, Jillian CIV SD <Jillian.Berrios@sd.mil> wrote:

> Team,
>
> DSD has some edits.  Who has point, please?  He's ready to share them now (we have 30 mins of office time).

COFC AR 3830